WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v<br>JORGE NOE DAMIAN-MELENDEZ,<br>            Defendant, | MAGISTRATE NO. 07-6064-M<br><br>**ORDER**<br><br>(Reentry After Deportation) |

HAVING considered Defendant *Jorge Noe Damian-Melendez*' Motion to Extend Time to Indict and good cause having been shown;

THE COURT makes the following findings;

1. Counsel has been recently appointed.

2. The defendant earnestly wishes to review a plea offer if extended by the government;

3. The defendant wishes to investigate possible defenses prior to considering the government's plea offer;

4. Failure to extend time for indictment in this instance would thus operate to bar defendant from reviewing the government's plea offer in a meaningful way prior to indictment; and

5. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

1  **IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for
2  Indictment requesting an extension of thirty (30) days within which the government may
3  seek to indict defendant, is hereby granted.
4  **IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18
5  U.S.C. 3161, the Government shall have an extension of thirty (30) days to file a timely
6  Indictment.  Excludable time shall begin to run on the 31st day after arrest for a period of
7  thirty (30) days in which the Government may present the case to the grand jury.
8  DATED this 9th day of March, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge